IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JASON HAMLIN,<br><br>        Defendant. | **No. CR 22-78-GF-BMM**<br><br>**ORDER** |

  United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 31, 2023. (Doc. 22.) Neither party has objected. (*See* Docket.) The parties therefore are not entitled to de novo review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists only if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

  Magistrate Judge Johnston recommended that this Court accept Defendant Josh Hamlin's ("Hamlin") guilty plea after Hamlin appeared before him, pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of

-1

Possession with Intent to Distribute Controlled Substances on March 28, 2023. (Doc. 18.) The Court finds no clear error in Magistrate Judge Johnston's Findings and Recommendations (Doc. 22), and the Court adopts them in full.

Accordingly, **IT IS HEREBY ORDERED that** Hamlin's Motion to Change Plea (Doc. 16) is GRANTED.

DATED this 23rd day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court